In the Matter of the Arbitration between
Robert KORESKA, d/b/a W. Koreska, Petitioner-Appellant,
and
PERRY–SHERWOOD CORP., Respondent-Respondent.

No. 255, Docket 30131.

United States Court of Appeals Second Circuit.

Argued March 1, 1966.

Decided March 1, 1966.

Robert Braunschweig, Wachtell, Manheim & Grouf, New York City, for petitioner-appellant.

Norman Moloshok, Delson & Gordon, New York City, for respondent-respondent.

Before LUMBARD, Chief Judge, KAUFMAN, Circuit Judge, and FEINBERG, District Judge.*

* Sitting by designation.

PER CURIAM:

We affirm in open court the order of the district court denying the motion to compel arbitration for the reasons stated by Judge Bonsal in his opinion dated September 27, 1965, reported at 253 F. Supp. 830.